JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACT II JEWELRY, LLC d/b/a ) <br> LIA SOPHIA, a Delaware Limited ) <br> Liability Company, f/k/a LADY ) <br> REMINGTON JEWELRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CMI NETWORK, INC., a New ) <br> York Corporation, ) <br> ) <br> Defendant. ) | Case No. 05 C 6717 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge <br> Geraldine Soat Brown |

## CONSENT JUDGMENT

THIS CAUSE coming to be heard pursuant to the Agreed Dismissal Order and "Stipulation of Settlement and Mutual Release" by and between Plaintiff and Defendant (the "Stipulation" or "Agreement"), for the entry of this Consent Judgment in favor of Plaintiff ACT II JEWELRY, LLC d/b/a LIA SOPHIA ("ACT II"), and Defendant THE CMI NETWORK, INC. ("CMI"), and, in the Stipulation Defendant having-- (i) stipulated to the entry of this Consent Judgment and agreed to be bound hereby; (ii) expressly waived notice and consented to the presentation and to the entry of this Consent Judgment without prior notice to it or to its counsel, and (iii) authorized counsel for Plaintiff to "fill in the blanks" below by inserting the date(s) and/or the amount(s) for any payment(s) made or not made; and, the Defendant having defaulted in payment due to be made to ACT II and has not cured the default pursuant to the Stipulation, and this Court so FINDS; and, pursuant to the Agreed Dismissal Order this Court having retained jurisdiction over the subject matter and the Parties to enforce the Stipulation by, *inter alia*, entering this Consent Judgment in the event of an uncured default in payment by CMI under the Stipulation; and, the Court being fully advised in the premises and pursuant to the Agreed Dismissal Order and the Stipulation;

IT IS ORDERED, ADJUDGED AND DECREED, AS FOLLOWS, THAT:

1. Judgment by Consent shall be and is hereby entered in favor of ACT II JEWELRY, LLC, d/b/a LIA SOPHIA, and against THE CMI NETWORK, INC.;

2. Plaintiff ACT II JEWLERY LLC, d/b/a LIA SOPHIA, shall recover against THE CMI NETWORK in the amount of $ _104,076.70_, which consists of the principal sum of $114,076.70, less amounts received pursuant to the Agreement.

3. Post-judgment interest shall be added at the statutory rate from and after the date of the Consent Judgment

AGREED AND CONSENTED TO:

The undersigned Defendant does hereby consent to the entry of the foregoing Consent Judgment in the event of default under the Stipulation:

THE CMI NETWORK, INC.

By: _[signature]_

Name: PETER J. WRIGHT

Title: PRESIDENT

By: _[signature]_
One of Its Attorneys
Rene G. Garcia

ARDC No.   6204533
Name       Daniel S. Kaplan, Esq.
           Kaplan & Greenswag LLC
Attorney for Plaintiff
Address    181 Waukegan Road, Suite 205
City       Northfield, Il 60093
Telephone  (847) 501-5300

Date: June 15, 2006

ENTER:

_[signature]_
Judge Samuel Der-Yeghiayan

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS    2

EXHIBIT "A"